*1166 ante, p. 1006;
ante, p. 1065;
ante, p. 1068;
ante, p. 1063;
ante, p. 1069;
525 U. S. 1138;
ante, p. 1008;
ante, p. 1041;
ante, p. 1053;
ante, p. 1043;
ante, p. 1071;
ante, p. 1072;
ante, p. 1073;
ante, p. 1073;
ante, p. 1043;
*1167 No. 98-8165.
No. 98-8234.
No. 98-8330.
No. 98-8353.
No. 98-8377.
No. 98-8420.
No. 98-8466.
No. 98-8489.
ante, p. 1074;
ante, p. 1090;
ante, p. 1075;
ante, p. 1037;
ante, p. 1101;
ante, p. 1075;
ante, p. 1092; and
ante, p. 1077. Petitions for rehearing denied.